**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| HELENA HOLDING COMPANY, a Delaware corporation, and HELENA AGRI-ENTERPRISES, LLC, a Delaware limited liability company, | ) | |
| Plaintiffs, | ) | Civil Action No. _____________ |
| v. | ) | |
| SHARDA USA LLC, a Delaware limited liability company, | ) | |
| Defendant. | ) | |

**PLAINTIFFS' MOTION FOR LEAVE**
**TO FILE COMPLAINT AND EXHIBIT F THERETO UNDER SEAL**

Plaintiffs Helena Holding Company and Helena Agri-Enterprises, LLC, by and through their attorneys, respectfully move this Court pursuant to Federal Rule of Civil Procedure 5.2 and Local Rule 5.1.3 of the United States District Court for the District of Delaware for leave to file the Complaint and Exhibit F thereto under seal, and thus requests entry of the attached proposed order. In support thereof, Plaintiffs state as follows:

1. Good cause exists to seal the Complaint and Exhibit F to the Complaint. In the Third Circuit there is a presumption of public access to judicial documents, but that presumption may be overcome where the interest in secrecy outweighs the presumption of access. *In re Avandia Mktg., Sales Practices & Prods. Liab. Litig.,* 924 F.3d 662, 672-73 (3d Cir. 2019). Courts will grant a motion to seal where the movant demonstrates that the material sought to be protected is the kind of information courts will protect and that disclosure will cause a clearly defined and serious injury. *Kaleo, Inc. v. Adamis Pharms. Corp.,* 2019 U.S. Dist. LEXIS 237301, at *2 (D. Del. July 16, 2019). "Documents containing trade secrets or other confidential business

information may be protected from disclosure." *Leucadia v. Applied Extrusion Techs., Inc.*, 998 F.2d 157, 166 (3d Cir. 1993).

2. Here, among other things, the Complaint concerns Plaintiffs' claim for breach of a Settlement Agreement with Defendant concerning Defendant's use of a trademark in connection with its products. The Complaint and Settlement Agreement necessarily contain certain confidential product-related information of Defendant and its use of the trademark at issue. Furthermore, pursuant to the Settlement Agreement with Defendant (attached to the Complaint at Exhibit F), Plaintiffs are contractually obligated to maintain the confidentiality of the terms of the agreement and Plaintiffs are not permitted to disclose the agreement unless required by statute or court order. Accordingly, Plaintiffs seek leave to file the Complaint and Exhibit F under seal to maintain the confidential information as confidential and comply with these contractual obligations.

3. Because Defendant has not yet been served with the Complaint, the parties have not had the opportunity to meet and confer to discuss what portions of the Complaint should remain redacted. As noted in the attached proposed Order, Plaintiffs will file a public version of the Complaint within seven (7) days of the entry of appearance of Defendant's counsel to allow for sufficient time to discuss the redaction of any confidential information.

WHEREFORE, Plaintiffs respectfully request the Court grant this Motion and enter the attached Proposed Order permitting sealing of the Complaint and Exhibit F thereto.

Date: November 2, 2026

*Of Counsel:*

Jennifer Fraser
Karen R. Poppel
DYKEMA GOSSETT PLLC
1301 K Street N.W., Suite 1100 West
Washington, D.C. 20005
(202) 906-8600
jfraser@dykema.com
kpoppel@dykema.com

*/s/Francis DiGiovanni*
Francis DiGiovanni (#3189)
Thatcher A. Rahmeier (#5222)
FAEGRE DRINKER BIDDLE & REATH LLP
222 Delaware Avenue, Suite 1410
Wilmington, DE 19801
(302) 467-4200
francis.digiovanni@ faegredrinker.com
thatcher.rahmeier@ faegredrinker.com

*Attorneys for Plaintiffs*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| HELENA HOLDING COMPANY, a Delaware corporation, and HELENA AGRI-ENTERPRISES, LLC, a Delaware limited liability company, | ) | |
| Plaintiffs, | ) | Civil Action No. _____________ |
| v. | ) | |
| SHARDA USA LLC, a Delaware limited liability company, | ) | |
| Defendant. | ) | |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE COMPLAINT AND EXHIBIT F THERETO UNDER SEAL**

AND NOW this ____ day of ______________, 2026, having considered Plaintiffs' Motion for Leave to File Complaint and Exhibit F Thereto Under Seal (the "Motion");

IT IS HEREBY ORDERED that:

a. The Motion is GRANTED.

b. The Complaint and its Exhibit F are filed UNDER SEAL.

c. Plaintiffs shall file a redacted version of the Complaint and Exhibit F thereto on the public docket within seven days of the appearance of Defendants' Counsel.

__________________________________
United States District Judge